AO245C     (Rev. 09/19) Amended Judgment in a Criminal Case     (NOTE: Identify Changes with Asterisks(*))
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Washington

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| Savontre Wilford | Case Number: 2:21CR00067RSL-002 |
| | USM Number: None |
| | Jesse Cantor |
| | Defendant's Attorney |

**Date of Original Judgment:** 12/17/2021
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant
     ☐ 28 U.S.C. § 2255 or     ☐ 18 U.S.C. § 3559(c)(7)
☒ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☒ pleaded guilty to count(s)   1
☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.
☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1701 | Obstruction of mail | September 2017 | 1 |

The defendant is sentenced as provided in pages 2 through 10 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Sok Tea Jiang
Assistant United States Attorney

12/17/2021
Date of Imposition of Judgment

*/s/ R S Lasnik*
Signature of Judge

Robert S. Lasnik, United States District Judge
Name and Title of Judge

6/8/2022
Date

AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks(*))
         Sheet 4 — Probation

Judgment — Page **2** of **10**

DEFENDANT:    **Savontre Wilford**
CASE NUMBER:  2:21CR00067RSL-002

## PROBATION

The defendant is hereby sentenced to probation for a term of :   One year.  .
The Court approves international travel to Canada.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of the day you were sentenced and at least two periodic drug tests thereafter, as determined by the court.
   - ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.  *(check if applicable)*
4. ☒ You must cooperate in the collection of DNA as directed by the probation officer.  *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.  *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence.  *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.  *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages.

AO245C      (Rev. 09/19) Amended Judgment in a Criminal Case      (NOTE: Identify Changes with Asterisks(*))
               Sheet 4A — Probation

Judgment — Page **3** of **10**

DEFENDANT:     **Savontre Wilford**
CASE NUMBER:     2:21CR00067RSL-002

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

AO245C        (Rev. 09/19) Amended Judgment in a Criminal Case                                    (NOTE: Identify Changes with Asterisks(*))
              Sheet 4D — Probation

Judgment — Page **4** of **10**

DEFENDANT:         **Savontre Wilford**
CASE NUMBER:       2:21CR00067RSL-002

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant's employment must be approved in advance by the probation officer.

2. The defendant shall provide the probation officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of the defendant's federal income tax returns.

3. If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available, for review, any and all documents and records of said business or enterprise to the probation office.

4. The defendant shall maintain a single checking account in his or her name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.

5. The defendant shall not obtain or possess any driver's license, social security number, birth certificate, passport or any other form of identification in any other name other than the defendant's true legal name, without the prior written approval of the defendant's Probation Officer.

6. Restitution in the amount of $25,186.22 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than 10% of his or her gross monthly household income. Interest on the restitution shall be waived.

7. The defendant shall submit his or her person, property, house, residence, storage unit, vehicle, papers, computers (as defined in 18 U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO245C  (Rev. 09/19) Amended Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks(*))
       Sheet 5 — Criminal Monetary Penalties

Judgment — Page **5** of **10**

DEFENDANT: **Savontre Wilford**
CASE NUMBER: 2:21CR00067RSL-002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment**[*] | **JVTA Assessment**[**] |
|---|---|---|---|---|---|
| TOTALS | $ 10 | $ 25,186.22 | $ Waived | $ None | $ None |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**[***] | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Please see below restitution payout attachment. | $25,186.22 | $25,186.22 | |
| TOTALS | $25,186.22 | $25,186.22 | |

☒ Restitution amount ordered pursuant to plea agreement $ 25,186.22

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution
    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

☒ The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

  *  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
 ** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 2:21-cr-00067-RSL   Document 50   Filed 06/08/22   Page 6 of 10

AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case           (NOTE: Identify Changes with Asterisks(*))
          Sheet 6 — Schedule of Payments

Judgment — Page **6** of **10**

DEFENDANT:     **Savontre Wilford**
CASE NUMBER:   2:21CR00067RSL-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒ PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid to
Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

   ☒ During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

   ☒ During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

   ☐ During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

   The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.  The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Anthony Gutierrez 2:21CR00067BAT-001 | $25,186.22 | $25,186.22 | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT:       **Savontre Wilford**
CASE NUMBER:     2:21CR00067RSL-002

| No. | Financial Institution | Loss Amount |
|---|---|---|
| 1 | ABCO Federal Credit Union | $15.00 |
| 2 | Ambler Savings Bank | $50.00 |
| 3 | America First Credit Union | $200.00 |
| 4 | American Bank | $50.00 |
| 5 | Ameritrade | $100.00 |
| 6 | Armed Forces Bank | $25.00 |
| 7 | Arvest Bank | $156.00 |
| 8 | Astoria Bank | $150.00 |
| 9 | Bank of America | $2,375.00 |
| 10 | Banner Bank | $50.00 |
| 11 | BB&T | $200.00 |
| 12 | BBVA Compass Bank | $65.00 |
| 13 | Beavery Valley Federal Credit Union | $150.00 |
| 14 | BECU | $80.00 |
| 15 | Belco Community Credit Union | $50.00 |
| 16 | BMO Harris Bank | $100.00 |
| 17 | Broadway Bank | $140.00 |
| 18 | Buckeye State Credit Union | $50.00 |
| 19 | Camden National Bank | $90.00 |
| 20 | Cape Cod Five Cents Savings Bank | $50.00 |
| 21 | Capital One Bank | $50.00 |
| 22 | Cedar Point Federal Credit Union | $100.00 |
| 23 | Center State Bank | $452.00 |
| 24 | Centier | $50.00 |
| 25 | CFE Federal Credit Union | $50.00 |
| 26 | Charles Schwab | $225.00 |
| 27 | Chase | $1,811.00 |
| 28 | Citadel Federal Credit Union | $45.00 |
| 29 | Citizens Bank | $254.88 |
| 30 | Citizens Equity First Credit Union | $25.00 |
| 31 | City Credit Union | $100.00 |
| 32 | City National Bank | $50.00 |
| 33 | Commerce Bank | $100.00 |
| 34 | Community Credit Union of Florida | $100.00 |

AO245C      (Rev. 09/19) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))

Judgment — Page **8** of **10**

DEFENDANT:       **Savontre Wilford**
CASE NUMBER:     2:21CR00067RSL-002

| 35 | Community First Credit Union | $150.00 |
|----|------------------------------|---------|
| 36 | Compass Bank | $50.00 |
| 37 | Consumers National Bank | $99.24 |
| 38 | Crescent Credit Union | $100.00 |
| 39 | Delta Community Credit Union | $50.00 |
| 40 | Dept of Labor Federal Credit Union | $50.00 |
| 41 | Dollar Bank | $150.00 |
| 42 | East Texas Pro CU | $30.00 |
| 43 | Eastern Bank | $300.00 |
| 44 | Eastman CU | $75.00 |
| 45 | Erie FCU | $150.00 |
| 46 | Farmers State Bank | $20.00 |
| 47 | Fidelit Inv | $75.00 |
| 48 | Fifth Third Bank | $415.00 |
| 49 | First Bank & Trust | $50.00 |
| 50 | First Commonwealth bank | $75.00 |
| 51 | First Midwest Bank | $50.00 |
| 52 | First National Bank of La Grange | $75.00 |
| 53 | First National Bank of Ottawa | $100.00 |
| 54 | First National Bank of Pennsylvania | $120.00 |
| 55 | Firstmerit | $50.00 |
| 56 | Florida Central Credit Union | $30.00 |
| 57 | Franklin Oil Credit Union | $100.00 |
| 58 | Frost Bank | $200.00 |
| 59 | Harris Bank | $200.00 |
| 60 | Heartland Bank | $100.00 |
| 61 | Home Savings Bank | $100.00 |
| 62 | Huntington | $540.00 |
| 63 | Industrial Credit Union | $50.00 |
| 64 | Jefferson Bank | $100.00 |
| 65 | JP Morgan Chase | $200.00 |
| 66 | JSC Federal Credit Union | $100.00 |
| 67 | Key Bank | $120.00 |
| 68 | Landings Credit Union | $100.00 |
| 69 | Landmark Credit Union | $25.00 |
| 70 | Libertyville Bank | $200.00 |
| 71 | M&T Bank | $525.00 |
| 72 | MB Bank | $200.00 |

AO245C  (Rev. 09/19) Amended Judgment in a Criminal Case  (NOTE: Identify Changes with Asterisks(*))

Judgment — Page **9** of **10**

**DEFENDANT:** Savontre Wilford
**CASE NUMBER:** 2:21CR00067RSL-002

| | | |
|---|---|---|
| 73 | McHenry Savings | $25.00 |
| 74 | Merrill Lynch | $200.00 |
| 75 | Merrimack County Savings Bank | $200.00 |
| 76 | Monona State Bank | $50.00 |
| 77 | Navy Federal Credit Union | $250.00 |
| 78 | NexTier Bank | $100.00 |
| 79 | Nicolet National Bank | $25.00 |
| 80 | North Shore | $40.00 |
| 81 | Northwest Savings Bank | $250.00 |
| 82 | Parda Federal Credit Union | $200.00 |
| 83 | Park View Federal Savings Bank | $100.00 |
| 84 | Patriot Federal Credit Union | $100.00 |
| 85 | Pennsylvania State Employees Credit Union | $125.00 |
| 86 | Pentagon Federal Credit Union | $50.00 |
| 87 | Peoples United Bank | $1,924.00 |
| 88 | PNC Bank | $1,552.00 |
| 89 | Presidential Bank | $100.00 |
| 90 | Publix Employees Federal Credit Union | $100.00 |
| 91 | Randolph Brooks Federal Credit Union | $100.00 |
| 92 | Regions | $175.00 |
| 93 | Royal Bank | $25.00 |
| 94 | Santander Bank | $375.00 |
| 95 | Seacoast Bank | $150.00 |
| 96 | Security Service Federal Credit Union | $40.00 |
| 97 | Service Credit Union | $170.00 |
| 98 | Seven Seventeen Credit Union | $20.00 |
| 99 | Somerset Federal Credit Union | $50.00 |
| 100 | Southwest Airlines Federal Credit Union | $50.00 |
| 101 | State Bank of the Lakes | $100.00 |
| 102 | Suncoast Credit Union | $200.00 |
| 103 | SunTrust Bank | $150.00 |
| 104 | Surety Bank | $300.00 |
| 105 | TD Bank | $260.00 |
| 106 | Texans Credit Union | $100.00 |
| 107 | Tinker Federal Credit Union | $60.00 |
| 108 | Tower Federal Credit Union | $50.00 |
| 109 | Union Bank | $126.10 |
| 110 | Union Square Federal Credit Union | $50.00 |

DEFENDANT: **Savontre Wilford**
CASE NUMBER: 2:21CR00067RSL-002

| | | |
|---|---|---|
| 111 | University of South Florida Federal Credit Union | $200.00 |
| 112 | US Bank | $865.00 |
| 113 | USAA Federal Savings Bank | $400.00 |
| 114 | Webster Bank | $200.00 |
| 115 | Webster First Federal Credit Union | $100.00 |
| 116 | Wells Fargo | $2,596.00 |
| 117 | WesBanco | $60.00 |
| 118 | Whatcom Educational Credit Union | $40.00 |
| 119 | Wright Patman Congressional Credit Union | $100.00 |

**Total:   $25,186.22**