UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v<br><br>SAVONTRE MARSELLE O WILFORD,<br><br>　　　　　　　Defendant. | NO. CR21-67RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The disposition hearing regarding revocation of supervised release scheduled for December 1, 2022 has been rescheduled for **Thursday, January 12, 2023 at 10:30 a.m.**, in room 15106 before the Honorable Robert S. Lasnik.

DATED this 14th day of November, 2022.

　　　　　　　　　　　　　　　　　　　*s/Laura Hobbs*
　　　　　　　　　　　　　　　　　　　By Laura Hobbs,
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER